*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 4, 2014          518928
_____

In the Matter of GENARO
    CAMPOS,
                    Appellant,

        v                              MEMORANDUM AND ORDER

ANDREA EVANS, as Chair of the
    Division of Parole,
                    Respondent.
_____

Calendar Date:  October 21, 2014

Before:  Stein, J.P., McCarthy, Rose, Lynch and Clark, JJ.

                    _____


        Genaro Campos, Yonkers, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____


        Appeal from a judgment of the Supreme Court (Ferreira, J.),
entered May 9, 2014 in Albany County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of the Board of Parole
denying petitioner's request for parole release.

        After his request for parole release was denied in
September 2012, petitioner commenced the present CPLR article 78
proceeding.  He now appeals from Supreme Court's dismissal of the
petition.  Petitioner reappeared before the Board of Parole in
August 2014, however, and was granted an open release date.
Thus, the appeal is moot and must be dismissed (see Matter of
Irving v Evans, 120 AD3d 1502, 1502 [2014]; Matter of Clark v
Evans, 113 AD3d 973, 973 [2014]).

Stein, J.P., McCarthy, Rose, Lynch and Clark, JJ., concur.


ORDERED that the appeal is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court